The next case on for argument is Armatas v. Maroulleti in the City of New York. Good morning, Your Honor. Hold on just a minute, Mr. Armatas. We'll let the room clear out so that we can give you our full attention. I'm sorry. Thank you very much. I appreciate it. Please. Thank you, Your Honor. I understand I have a heavy Greek accent, so please, it's very difficult to understand. We'll ask you questions if we don't understand you. Thank you, Your Honor. My name is Panagiotis Armatas. I'm the appellant in this case. Your Honor, 126 years ago, the United States Supreme Court, in a well-known case, Marshall v. Holmes, where a judgment was obtained on a false document, the Supreme Court stated, if one uses fraud to win a judgment, the court will deprive of that judgment, and the benefits gained as a result of the fraud. This is exactly a case here. A judgment was obtained based on a false document by Defendant Maroulleti. And I'm here to ask you to reverse the order, which is an abuse of discretion based on erroneous legal standards. And in support of this, I will make a few brief arguments. Number one, timely, the district court denied my motion for fraud on the court on the wrong conclusion that is subject to a year's statute of limitation. Now, this court, and the Supreme Court, and many other appellate courts, have held a long time ago that when it comes to fraud on the court, there is no statute of limitation. So the court was error, or that one misapplied the legal standard. Number two, and I believe this is the most important, is the involvement of an attorney. What distinguishes a fraud on the court and a fraud between the parties is the involvement of an attorney. In this case, as I demonstrated with the full evidence, the attorneys not only intentionally defrauded and deceived the court, but the city attorney not only assisted a police officer, no less. Not a usual party, your honor, a police officer, a detective was assisted by the city attorney in perjury of fabrication of evidence. This is my fact, page eight, with all the evidence in the appendix. Number two, both attorneys not only inserted into the record false and fabricated documents. Your honor, every document in this case, every single one, my latest police report, accusatory instrument, the DD-5, supporting the position, they were prosecuting for 15 months, no evidence, no victim in sight. Everything is false and fabricated and was not only inserted into the record. What is also very important, none of the attorneys ever opposed these serious allegations. And the court, the court disregarded the involvement of the attorney, totally disregarded. There is no mention in the order about the involvement of the attorney. Number three, the court erroneously concluded that my motions are not substantiated. I would seek your honor to look at the evidence submitted. Every initial allegation is fully substantiated. The evidence is from the discovery, process of discovery. There are police records, criminal court records, deposition transcripts, telephone records. This is the evidence accepted by this court, by the United States Supreme Court, and every court in this country, and every city and state and federal agency. Again, another argument I'd like to make to you is to reverse this, to correct a great injustice. The Supreme Court has ruled that in real occasions the courts can vacate a judgment on fraud. This is a great injustice, your honor. You can see I'm a senior citizen. I have two school-age children. I've never been arrested in my life. What happened to me is the way they arrest and prosecute people in banana republics and democratic regimes. Our country does not belong to these clubs. Everything was made up to make a favor to a local politician. So for 11 years, I'm here suffering with my family. Again, because of this, I see my time is coming up. I ask you to reverse this erroneous decision. Also, the sanctions against my relatives, because I'm not an excessive litigant. I try to find justice for my rights. Your honor, the detectives, the arresting officers admitted under oath that they violated my rights because they had no warrant. And here I am, 11 years later, asking for justice. I appreciate your time for me, and I ask you to look and put an end to this endless pain and suffering for me and my family. And any time left for me to devote to help my children with their education. Because of this, I ask you to reverse the decision was wrong based on time. My motion was time and substantiated and under the interest of justice to create what is an obvious great injustice. Thank you for your time. Thank you, Mr. Armanis. And we'll consider this, and we'll reserve our decision. So we will give you a decision in writing in due course. Thank you, your honor. Thank you. The final appeal on today is Ordonez v. Sessions, which we will take on submission. So I will ask the clerk please to adjourn the court. Court is adjourned.